D. A. Schulte, Inc., Appellant, *v.* Loft, Inc., Respondent, Impleaded with Others.

(Submitted October 5, 1936; decided October 13, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 420.)

Tauba Gelberg, Respondent, *v.* Harry Gelberg, Appellant.

(Submitted October 5, 1936; decided October 13, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 606.`